# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk　　　　　　　　　　　　　　　　　　　Reply to Northern Division Address

March 20, 2003

Joann Zanghi
204 S. Kings Highway
Cherry Hill, New Jersey   08034

　　　　　　　　　　　Re:　　Case No. H 02-3680

Dear Counsel/Party:

　　　Your Affidavit of Service was received in paper format on 3/20/03. This document should have been filed electronically.

　　[ ]　　The document has been scanned and filed electronically. The paper copy is being returned to you.

　　[X]　　A one time exception has been made and the paper document has been filed.

All further filings in this case should be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

　　　If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

　　　Please be advised that any future filings which are not made electronically may be returned to you.

　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Evaleen Gibbons
　　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　　Felicia C. Cannon, Clerk

cc:　　Other counsel/party

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov