ALAN GELB, ESQUIRE
Law Offices of Alan Gelb
204 S. Kings Highway
Cherry Hill, NJ  08034
(856) 795-9992

| | | |
|---|---|---|
| Garden City Boxing Club, Inc. | : | US District Court |
|                 Plaintiff | : | For the District of Maryland |
| v. | : | |
| | : | |
| Goosebumps, Inc. t/a Goosebumps Tavern | : | Civil Action #: H-02-CV-3680 |
| And Ralph E. Fisher, Jr. and George Barry | : | |
| Individually & as principals of Goosebumps | : | REQUEST FOR ENTRY OF DEFAULT |
| Inc. t/a Goosebumps Tavern | : | |
|                 Defendants | : | |

**To The Clerk of the above named Court:**

Please enter upon the docket the default of the defendant: **RALPH E. FISHER, JR. and GEORGE BARRY, Individually** for failure to plead or otherwise defend as provided by the rules of civil practice or by an order of this Court, or because the answer of the defendant(s) has been stricken.


                                                                  ALAN GELB

## **CERTIFICATION**

1. I am Alan Gelb, Attorney for the Plaintiff (s) in the above-entitled action.

2. On March 5, 2003, the Defendants were personally served with a copy of the Summons and Complaint.

3. The Proof of Service establishing service of the Summons and Complaint upon the Defendants was filed on March 20, 2003.

4. The time within which the defendant (s) may answer or otherwise move as to the said complaint has expired, has not been extended or enlarged, and no defendant named herein as answered or otherwise moved

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

6. That, on information and belief, the defendants are not infants or incompetent persons; and

7. That, on knowledge and belief, the defendants are not in the military service of the U.S.


BY:_____
ALAN GELB
Attorney for Plaintiff

## **PROOF OF MAILING**

On **April 7, 2003,** I, the undersigned, caused to be mailed to Ralph E. Fisher, 151 N. Highland Avenue, Baltimore, MD 21224 and George Barry, 3904 E. Pratt Street, Baltimore, MD 21224 via regular, first class, postage prepaid mail, a copy of the within Request for Entry of Default.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
JOANN ZANGHI

Dated: