**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **Garden City Boxing Club, Inc.** | | |
| **Plaintiff** | * | |
| v. | * | Civil No. H-02-3680 |
| Goosebumps, Inc. | * | |
| | * | |
| Ralph E. Fisher, Jr., Individually and as principal of Goosebumps, Inc. t-a Goosebumps Tavern | ****** | |
| George Barry, Individually and as principal of Goosebumps, Inc. t-a Goosebumps Tavern | | |
| **Defendant** | | |

## AMENDED
## ORDER OF DEFAULT

It appearing from the records and/or affidavit of Private Process that the summons and Complaint were properly served upon the above named Defendants Ralph E. Fisher, Jr. and George Barry on March 5, 2003, and that the time for said Defendants to plead or otherwise defend expired on March 25, 2003, and that said Defendants have failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendants is entered this 10th day of April 2003.

FELICIA C. CANNON, CLERK


By: _____/S/_____
Peter A. Thompson
Deputy Clerk