Alan Gelb, Esq.
Federal Bar #: 17399
Law Offices of Alan Gelb
204 S. Kings Highway
Cherry Hill, NJ 08034
(856) 795-9992

| | | | |
|---|---|---|---|
| Garden City Boxing Club, Inc. | : | US District Court | |
| Plaintiff | : | District of Maryland | |
| v. | : | | |
| | : | Civil Action #: H-02-03680 | |
| Goosebumps, Inc. | : | | |
| Defendant | : | VOLUNTARY STIPULATION OF | |
| | : | DISMISSAL | |

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, it is hereby voluntarily Stipulated by the Plaintiff, Garden City Boxing Club, Inc., that Plaintiff's complaint against **Goosebumps, Inc.,** be dismissed with prejudice, with Plaintiff bearing its own costs.

   /S/ Alan Gelb, Esq., Atty for Plaintiff
ALAN GELB
Attorney for Garden City Boxing Club, Inc.

DATED: 4/22/03