# LAW OFFICES OF ALAN GELB, P.C.

204 S. KINGS HIGHWAY
CHERRY HILL, NEW JERSEY 08034
TELEPHONE: (856) 795-9992
FACSIMILE: (856) 795-5455

**ALAN GELB**
MEMBER OF NJ & PA BARS
THE U.S. SUPREME COURT
ADMITTED TO FEDERAL BARS OF:
AR, CT, IL, MD, MI, NE, NJ, NY, PA, TX, VT, WI

**JOANN ZANGHI**
PARALEGAL

**OF COUNSEL:**
THOMAS P. RILEY
CALIFORNIA
MEMBER OF CA, NJ & PA BARS

WAYNE D. LONSTEIN
NEW YORK
MEMBER OF MA, NJ & NY BARS

April 28, 2003

Honorable Alexander Harvey, III
US District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

    RE:    Garden City Boxing Club, Inc. v. Goosebumps, Inc., et al.
    Civil Action #: H-02-3680

Dear Judge Harvey:

    I am in receipt of your letter dated April 25, 2003 with regards to the above referenced matter.

    Please schedule a damage hearing at your earliest convenience.

    If you have any questions regarding the above, please feel free to contact me.

    Very truly yours,

    /S/ Alan Gelb, Esq.
    ALAN GELB

AG/jcz