UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                             Reply to Northern Division Address

May 7, 2003

Robert H. Hillman
416 Hungerford Drive, Suite 435
Rockville, Maryland 20850

                                          Re:    Case No. H 02-3680

Dear Counsel/Party:

      Your Entry of Appearance was received in paper format on 5/6/03. This document should have been filed electronically.

[ ]    The document has been scanned and filed electronically. The paper copy is being returned to you.

[ X ]    A one time exception has been made and the paper document has been filed.

All further filings in this case should be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

      If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

      Please be advised that any future filings which are not made electronically may be returned to you.

                                                          Very truly yours,

                                                           /s/
                                                           Evaleen Gibbons
                                                           for
                                                           Felicia C. Cannon, Clerk

cc:    Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Warning letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov