IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


**GARDEN CITY BOXING CLUB, INC.** \*

       **Plaintiff**     \*

    **vs.**     \*    **CIVIL NO. H-02-3680**

**RALPH E. FISHER, JR. and**    \*
**GEORGE BARRY, individually**
**and as principals of**     \*
**Goosebumps, Inc.**

       **Defendants**    \*

  \*    \*    \*    o0o    \*    \*    \*

## FINAL JUDGMENT

**Plaintiff having requested and obtained the entry of a default against defendants Ralph E. Fisher, Jr. and George Barry, individually and as principals of Goosebumps, Inc., pursuant to Rule 55(a), F.R.Civ.P.; and plaintiff having moved for the entry of judgment; and the matter having come on before the Court for a non-jury trial on the issue of damages pursuant to Rule 55(b)(2); and the issues having been duly tried; and the Court having this date rendered an oral opinion, it is this <u>13th</u> day of May, 2003 by the United States District Court for the District of Maryland,**

**ORDERED that judgment be and the same is hereby entered in favor of plaintiff Garden City Boxing Club, Inc. against defendants Ralph E. Fisher, Jr. and George Barry, jointly and severally, in the amount of $6,000 as statutory damages and in the amount of**

$1,882 as attorneys' fees and costs, for a total of $7,882.

                                          /s/
                              **Alexander Harvey, II**
                              **Senior United States District Judge**